IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLUWANIKE ARALA, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-16-1300 |
| § | |
| PENTAIR VALVES AND CONTROLS, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Pending is Defendant's Motion for Summary Judgment (Document No. 42). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Defendant's Motion for Summary Judgment be GRANTED. Plaintiff has filed Objections to the Memorandum and Recommendation (Document No. 50). Defendant has filed a Response to Plaintiff's Objection(Document No. 51), to which Plaintiff has filed a further Response (Document No. 52).

The Court, after having made a *de novo* determination of Defendant's Motion for Summary Judgment, the Memorandum and Recommendation, and the Objections and Briefing related thereto, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety. It is, therefore,

ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and entered on September 19, 2017, which is adopted in its

entirety as the opinion of this Court, that Defendant's Motion for Summary Judgment (Document No. 42) is GRANTED.

Signed at Houston, Texas this **31st** day of **October**, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE